# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Mandatory Arrest S.p Case Law Sup Fed. Gov. Evidence Proof. Fed. Pol. Rep. White House 1600 Pennsylvania Ave Northwest Washington DC 20500 News Reporters World Wide, Attorney G of C State of NY, NJ, PA, DE To The Rec.

**Plaintiff Pro se Daniel Azcona**

FBI Agent only on Subway Train Stalking Investigation against State of NJ NJDOC Staff, New Brunswick Pol. Dept Sup Cam. 02-06-2023 False Badges, The Technology Charge Def Ant. Mandatory Arrested to Rec., Fed. Pol. Dept Intercepting, Attempt Murder, Mayhem, Murder, Capitol Murder, Stalking Capitol Kidnap Conspiracy Mayhem charges Notifing Fee. Mayhem in New York City. Stalking Inv. Consolidated with violation of Mayhem charges Trac. No Inmate Right Handbook Electronic Signature Daniel Azcona, 10:A Federal Indictment

-against-

Organizations, NJDOC staff Freeholder Charges consolidated with Male And Female Law Ent Capitol Murder, Kidnap, Snipers, U.S. Mars. Administration, Hostage, Extortion or Compensation, Federal Judges, Judges, Treatment Teams Identity Theft Money Laundering, Son, Daughter Wife Husband, Many More Kidnap, False Imprisonment, False Arrest, Stalking, Intercepting Internet Crime on offender Management System Located at State of NJ CCCF 330 Federal St. Camden NJ, 08103 Dated. 02-08-2023 to 07-12-2023 Federal Police Report Confidential Track number 08-21-2024 to 10-31-2024 Fed. Pol. Trac. No. Electronic Signature

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No
(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Memorandum and orders Prose Def List, Sup Cams, Sup witness, Sup Alibys, Sup Technology U.S. Marsh. Screen looking outside my eyes on Display Screen trying to Murder me Now over 2 years consolidated with Kidnap Capitol Murder from New York City to Wilmington Delaware.

I. Proof FBI List of Def. Real Names will continue in for the Rec. Trac No. Electronic Signatures.

Plaintiff Name Newark
Street Address NY
County, City
State & Zip Code
Telephone Number

Over 2 years Been trying to Do Arrest Intercepted on Life Threat Matter Civil Case No Doc I never Doc Capitol Murder Case No Samad Rogers vs. Central of C NJDOC Bureau Christina P'Oleary 100 years Mayhem Conspiracy Electronic Signature, Renee M. Bumb En years Mayhem charge Conspiracy Electronic Signature.

*Murder on Prison Computer, My Blood on The Floor, Jump Back to The Community For The Rec.*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: N/A
Street Address: Called A
County, City: Nigger Spict
State & Zip Code: Mulatto

*For The Rec*

Defendant No. 2
Name:
Street Address: Apache Caucasian
County, City: People
State & Zip Code:

*Murdering Criminals Inmates*

Defendant No. 3
Name: Gang
Street Address: Member
County, City: In The Tri State
State & Zip Code: Area For The

*Rec Sup. Ev.*

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

*Fed. Pol. Dep. Rep. And order Pro Se made by Plaintiff Daniel Arcona for the Rec. Health I AM NOT Falsely Diagnosed Rep. Evidence*

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions     [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

*Evidence Proof White House 1600 Pennsylvania Ave Washington D.C. 20500*

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Why Has There been A Screen Federal Agent Computer with more than A Hundred People who Almost Killed me In 187 Amsterdam Washington Heights District From State of NJ. Sup Ev. Attorney Ofc*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____

B. What date and approximate time did the events giving rise to your claim(s) occur? Fed WARRANT Arrest Fed Mayhem Mandatory. Sup

C. Facts: Truth Testimony By FBI Agent EV. Jury Apprehend Victim of Capitol Murder, Grand Jury Fed Pros. Kidnap, Stalking, Sup Cam 1/27/2024 At clerk ofc 2:09 pm. There Are organizations wanted for Murder In my case police stalking me under Concrete Shot At me Evidence Proof C.I.A. Attorney G. OFC Only, Sup Cam 2:09 pm U.S. Marls. Stalking me Arrest Him In Congr with under Concrete Crew. Using Technology on me over dose me with Herion, Cut off my feet, fluid of semen came out my mouth, Rape Molestation, torture, Murder, I know The Cult of Def will continue In Prose Intake unit United States District Court New York City, I am getting Death Threats By NJDOC staff they gave Technology To Criminals with Background And They Children consolidated To torture me   Hate Crime Discrimination Mandatory 5 to 10 years from now They Are wanted For Murder For Me Kill

-3-

IV.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

Mem. And order Prose Made by Plaintiff Daniel Acosta I have Alibi's to do Arrest Movies

V.   **Relief:** The State of NJ Does Not Have A Say on Any Compensation If Decline Mandatory Arrest For The Kee

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Mandatory Arrest. White House 1600 Penn. Northwest Washington D.C.

1000 yeah Attorney G. Off 20500 Attorney G.

Badge Diminish For Life Of NY. NJ. PA.

Mayhem Trial will be Conducted DE. In State of New York. For The Kee.

Evidence Proof

Listed Name And Def (10) will Continue, In New York City Protesting Freedom of Speech, And Doc, At Those Intake Unit

United States District Court State of NJ, US Marsh. NJ DOC Many More Hired My Death Contract, For The Kee ——→ Snipers the following Me They Are Hiding Until I Get Murdered.

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of __27 JAN._____, 20_25_.

I nfear for my life for the Rec

Signature of Plaintiff: _Dan Azam_
Mailing Address: _Cruelty Deprived_
~~Extorted by Police~~
US Marsh. NJDOC Staff
Many More

Telephone Number: They wanted
Fax Number (if you have one): for Murder
E-mail Address: Extortion

Fed. Pol. Rep.
No matter if Brother Family Daughter Brother Son wife Husband Still be Considered Conspiracy For The Rec.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Stalking Inv. Upon State of NJ NJDOC Staff try to Rec.

Fed. Pol. Rep. ~~FBI~~ Subway Train Alibi only on.

Signature of Plaintiff: _Dan Azam_

Evidence Proof Does Not Matter The Badge State to Felony!
Immediate Arrest
Immediate Action, Administration
Immediate Investigation Justice is to be served
If They Already Press charges For The Rec
by trying to Press charges
Mandatory Arrest Sup. Atte. / try S.P. Can Sup. Fed
Turn to Attorney G. OFC PE, Gov. Laws,
State of NY NJ PA ___ NY NY 10278 The Rec. For The Rec
Federal Bureau Plaza